UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | | |
|---|---|---|
| ISRAEL URIARTE VILLA, | ⟩ | No. 5:26-cv-01690-JDE |
| Petitioner, | ⟩ | ORDER REGARDING PETITION |
| v. | ⟩ | |
| MARKWAYNE MULLIN, et al., | ⟩ | |
| Respondents. | ⟩ | |

On April 7, 2026, Israel Uriarte Villa ("Petitioner"), through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241, challenging his detention by immigration authorities. Dkt. 1 ("Petition"). Petitioner's immigration proceedings are ongoing, and he challenges the immigration judge's denial of release on bond. He seeks his release on bond of $1500, or alternatively, a new bond hearing before an immigration judge "that complies with governing law and due process." Id. at 14.

On April 14, 2026, Respondents filed an Answer to the Petition, notifying the Court they "are not presenting an opposition argument at this time" and "[s]hould the Court enter relief, judgment may be entered, and

consistent with the 'expeditious resolution' of § 2241 Immigration Petitions required by the General Order, no more filings or proceedings will be necessary in this matter." Dkt. 13. Petitioner filed a Traverse the same day, requesting that he be released from immigration detention. Dkt. 14.

As noted, Petitioner seeks release on $1500 bond or alternatively, a new bond hearing, and Respondents offer no opposition. The unopposed alternative relief of an order directing that a new bond hearing before an immigration judge is granted, with such hearing to take place within seven days of this Order. Such unopposed alternative relief having been granted, the Petition is dismissed as moot.

IT IS THEREFORE ORDERED that:

(1)     Respondents are directed to provide Petitioner a new individualized bond hearing before an immigration judge that complies with governing law and due process within seven days of this Order.

(2)     Respondents shall release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond hearing.

(3)     The alternative relief sought in the Petition is denied and the Petition is dismissed without prejudice.

IT IS SO ORDERED.

Dated: April 14, 2026 _____          _____
                                                JOHN D. EARLY
                                                United States Magistrate Judge

2