UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ISRAEL URIARTE VILLA, | ) Case No. 5:26-cv-01690-JDE |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| MARKWAYNE MULLIN, et al., | ) |
| Respondents. | ) |

Pursuant to and Subject to the Order Regarding Petition (Dkt. 15, "Order"), IT HEREBY IS ORDERED, ADJUDGED, and DECREED that, based on the relief granted in the Order, the Petition is dismissed without prejudice.

Dated: April 14, 2026 _____

_____
JOHN D. EARLY
United States Magistrate Judge