UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ISRAEL URIARTE VILLA, | Case No. 5:26-cv-01690-JDE |
| Petitioner, | |
| v. | AMENDED JUDGMENT |
| MARKWAYNE MULLIN, et al., | |
| Respondents. | |

Pursuant to the Order Granting Ex Parte Application for Reconsideration, Ordering Immediate Release, and Directing Entry of Amended Judgment,

IT HEREBY IS ORDERED, ADJUDGED, and DECREED that the Petition is granted with Respondents ORDERED to <u>immediately release Petitioner Israel Uriarte Villa (A# 246 060 771)</u> from custody, subject only to narrowly tailored conditions of release, if any, no more restrictive than necessary to ensure his appearance as required and to protect the community.

Dated: June 2, 2026 _____      _____

JOHN D. EARLY
United States Magistrate Judge